## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW HARVEY JR.** <br> **A/K/A MONTRELL HARVEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-2994** |
| **N. BURL CAIN (WARDEN)** | **SECTION "A"(2)** |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Andrew Harvey Jr. a/k/a Montrell Harvey, for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is **DENIED** and **DISMISSED WITH PREJUDICE**.

December 9, 2013.

_____
UNITED STATES DISTRICT JUDGE